<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 16-1299**

―――――――――――

TONYA R. CHAPMAN,

        Plaintiff - Appellant,

     v.

ENTERPRISE RENT-A-CAR COMPANY; ENTERPRISE RENT-A-CAR COMPANY
OF SPARTANBURG, SC; SAMUEL BO HUFFLING, Regional Manager;
ROBERT CARMEN, Manager; LAUREN PACE, Assistant Manager,

        Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.   Timothy M. Cain, District
Judge.  (7:15-cv-00441-TMC)

―――――――――――

Submitted:  August 18, 2016       Decided:  August 22, 2016

―――――――――――

Before WILKINSON, KING, and KEENAN, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Tonya R. Chapman, Appellant Pro Se.  Sarah Day Hurley, TURNER,
PADGET, GRAHAM & LANEY, PA, Greenville, South Carolina, Carmelo
Barone Sammataro, TURNER, PADGET, GRAHAM & LANEY, PA, Columbia,
South Carolina, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tonya R. Chapman appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants summary judgment in Chapman's 42 U.S.C. § 1981 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Chapman v. Enterprise Rent-A-Car Co., No. 7:15-cv-00441-TMC (D.S.C. Feb. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED